United States District Court
District of Massachusetts

```
                              )
Edwin Goitia,                 )
                              )
          Petitioner,         )
                              )
     v.                       )
                              )     Civil Action No.
Steven Silva,                 )     19-11871-NMG
                              )
          Respondent.         )
                              )
```

MEMORANDUM & ORDER

GORTON, J.

In July, 2022, this Court dismissed the petition for a writ of habeas corpus filed by Edwin Goitia ("Goitia" or "petitioner").  Shortly thereafter, Goitia moved for a certificate of appealability (Docket No. 40).  For the following reasons, that motion will be denied.

I.   <u>Background</u>

In March, 2013, after a jury trial in Massachusetts Superior Court for Hampden County, Goitia was convicted of murdering his infant son based on a theory of extreme atrocity and cruelty and sentenced to life in prison.  The Massachusetts Supreme Judicial Court ("the SJC") denied his direct appeal in October, 2018.

In September, 2019, Goitia filed a petition for a writ of habeas corpus from this Court.  In his petition, he asserted

- 1 -

five grounds for relief, four of which he elaborated upon in a later-filed supporting memorandum.  They were: 1) the allegedly ineffective assistance of his trial counsel, 2) the failure of the Commonwealth to disclose certain evidence, 3) the admission at trial of evidence of his prior bad acts and 4) the purportedly improper comments made by the prosecutor during closing argument.  The Court referred the petition to Magistrate Judge Kelley for a report and recommendation.

In June, 2022, Magistrate Judge Kelley issued a report recommending that the Court deny the petition ("the R&R"). Goitia timely filed seven objections to the R&R, and, after consideration of those objections, the Court accepted and adopted the R&R in full.  Goitia now moves for a certificate of appealability of the denial of his petition.

## II.  **Motion for Certificate of Appealability**

### A. Legal Standard

Section 2253(c) of Title 28 of the United States Code provides that a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  To make a "substantial showing", a petitioner seeking such a certificate must demonstrate that

> reasonable jurists could debate whether (or, for that
> matter, agree that) the petition should have been
> resolved in a different manner or that the issues

presented were adequate to deserve encouragement to
proceed further.

Slack v. McDaniel, 529 U.S. 473, 484 (2000).  To meet the

standard of debatable-among-jurists-of-reason the petitioner

must prove "something more than the absence of frivolity or the

existence of mere good faith." Miller-El v. Cockrell, 537 U.S.

322, 338 (2003).

### B. Application

Although his motion is not a model of clarity, Goitia

appears to assert two arguments in favor of issuance of a

certificate of appealability: 1) that the Court based its

decision on his objections to the R&R, not the substance of his

petition and 2) that the Magistrate Judge incorrectly applied

the law to the facts.  Neither argument has merit.  With respect

to the first, the Court considered the petitioner's arguments,

the conclusions of the Magistrate Judge as set forth in the R&R

and the petitioner's objections thereto which were in essence a

reprise of the substantive arguments of his petition that he

claims went unconsidered.  With respect to the second, the Court

perceives no error in the R&R and Goitia's disconnected and

undeveloped argument is unpersuasive.

- 3 -

## ORDER

For the foregoing reasons, petitioner Edwin Goitia's motion
for a certificate of appealability (Docket No. 40) is **DENIED**.
**So ordered.**

_Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated:  August _18_, 2022

- 4 -